438

PER CURIAM.

(No. 75-CC-729—

CALDWELL ELECTRIC COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed March 24, 1975.*

CALDWELL ELECTRIC, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-732—

BANKERS UNITED LIFE ASSURANCE COMPANY, Claimant, *vs.*
STATE OF ILLINOIS, Respondent.

*Opinion filed March 24, 1975.*

BANKERS UNITED LIFE ASSURANCE COMPANY, Claim-
ant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.